# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) UPPER CRUST FOOD SERVICE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-cv-767-G |
| 1) CORY CAZZELLE, 2) THE CURTY SHACK, LLC, and 3) JOHN DOES 1-5. | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S FINAL WITNESS LIST

COMES NOW Plaintiff, Upper Crust Food Service, LLC, ("Plaintiff") and hereby submits its Final Witness List.

| | PLAINTIFF'S FINAL WITNESS LIST | |
|---|---|---|
| 1. | Adam Guy, Upper Crust c/o Counsel, J. Brian Brandes Brandes & Yancy | Expected to be called to testify regarding claims in the Complaint, factual basis for the same including communications as well as counterclaim of Defendant Cory Cazzelle, and affirmative defenses of Defendants and the factual basis for those; rebuttal; damages |
| 2. | Bob Tye, Upper Crust c/o Counsel, J. Brian Brandes Brandes & Yancy | Expected to be called to testify regarding claims in the Complaint, factual basis for the same including communications as well as counterclaim of Defendant Cory Cazzelle, and affirmative defenses of Defendants and the factual basis for those; rebuttal |
| 3. | Morgan Hager, Upper Crust c/o Counsel, J. Brian Brandes Brandes & Yancy | Expected to be called to testify regarding claims in the Complaint, factual basis for the same including communications as well as counterclaim of Defendant Cory Cazzelle, and affirmative defenses of Defendants and the factual basis for those; rebuttal |
| 4. | Ted Roman c/o Counsel, J. Brian Brandes Brandes & Yancy | Expected to be called to testify regarding claims in the Complaint, factual basis for the same including communications as well as |

|   |   | counterclaim of Defendant Cory Cazzelle, and affirmative defenses of Defendants and the factual basis for those; rebuttal |
|---|---|---|
| 5. | Corporate Representative for Upper Crust Food Service, Plaintiff<br>c/o Counsel, J. Brian Brandes<br>Brandes & Yancy | Expected to be called to testify regarding claims in the Complaint, factual basis for the same including communications as well as counterclaim of Defendant Cory Cazzelle, and affirmative defenses of Defendants and the factual basis for those; rebuttal; damages |
| 6. | Cory Cazzelle, Defendant<br>c/o Counsel, Steve Ruby<br>BAKER, IHRIG & CORLEY, P.C. | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc. |
| 7. | Brandee Cazzelle<br>c/o Counsel, Scott K. Thomas<br>HOUSTON, OSBORN, SEXTON & THOMAS, PLLC | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; The Curty Shack LLC corporation; supply orders procured for servicing FarmHouse Fraternity |
| 8. | Sarah Cazzelle<br>c/o Counsel, Scott K. Thomas<br>HOUSTON, OSBORN, SEXTON & THOMAS, PLLC | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; The Curty Shack LLC corporation; supply orders procured for servicing FarmHouse Fraternity |
| 9. | Corporate Representative for The Curty Shack, Defendant<br>c/o Counsel, Scott K. Thomas<br>HOUSTON, OSBORN, SEXTON & THOMAS, PLLC | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; The Curty Shack LLC corporation; supply orders procured for servicing FarmHouse Fraternity |

| 10. | Jadan Terrazas<br>c/o Counsel, George Miles<br>FRASIER, FRASIER & HICKMAN, LLP | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; contract negotiations with Upper Crust Food Service, The Curty Shack and/or Cazzelle or a representative of The Curty Shack; the decision to contract with The Curty Shack for food services |
|---|---|---|
| 11. | Bryce Fitzgerald<br>c/o Counsel, George Miles<br>FRASIER, FRASIER & HICKMAN, LLP | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; contract negotiations with Upper Crust Food Service, The Curty Shack and/or Cazzelle or a representative of The Curty Shack; the decision to contract with The Curty Shack for food services |
| 12. | Lane Fanning<br>c/o Counsel, George Miles<br>FRASIER, FRASIER & HICKMAN, LLP | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; contract negotiations with Upper Crust Food Service, The Curty Shack and/or Cazzelle or a representative of The Curty Shack; the decision to contract with The Curty Shack for food services |
| 13. | Jennifer Chessmore<br>c/o Counsel, George Miles<br>FRASIER, FRASIER & HICKMAN, LLP | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; contract negotiations with Upper Crust Food Service, The Curty Shack and/or Cazzelle or a representative of The Curty Shack; the decision to contract with |

|  |  |  |
|---|---|---|
|  |  | The Curty Shack for food services including FarmHouse's contractual relations with Upper Crust Food Service and with The Curt Shack, LLC |
| 14. | Representative of FarmHouse Fraternity Corporation c/o Counsel, George Miles FRASIER, FRASIER & HICKMAN, LLP | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; the decision to contract with The Curty Shack for food services; authentication of documents |
| 15. | Representative of Sigma Phi Epsilon fraternity [yet to be determined] | Expected to be called to testify regarding facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; the decision to discontinue its relationship with Plaintiff; authentication of documents |
| 16. | Tony Morris, US Food Service Corporation Service Company, RA 10300 Greenbriar Pl. Oklahoma City, OK 73159-7653  9399 West Higgins Road, Suite 600 Rosemont, IL 60018 | Facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; orders and invoices of The Curty Shack |
| 17. | Corporate Representative for US Foods Corporation Service Company, RA 10300 Greenbriar Pl. Oklahoma City, OK 73159-7653  9399 West Higgins Road, Suite 600 | Facts and circumstances of the claims at issue in this lawsuit; communications related to this lawsuit or any claims thereof, including but not limited to, agreements, solicitations, marketing, reports, memoranda, notices, meetings, text messages, email, social media, iMessages, etc.; orders and invoices of The Curty Shack; authentication of documents |

|     |                                                        |     |
| --- | ------------------------------------------------------ | --- |
|     | Rosemont, IL 60018                                     |     |
| 18. | Any witnesses identified in document production        |     |
| 19. | Any witnesses identified in discovery responses        |     |
| 20. | Any witnesses identified in depositions                |     |
| 21. | Any witness not yet identified and/or deposed in this case |     |
| 22. | Any witness not yet identified for rebuttal purposes   |     |

Plaintiff reserves the right to amend its Final Witness List as discovery is ongoing and/or in the event the Court enters a new or amended scheduling order in this case.

Respectfully submitted,

**BRANDES & YANCY, P.L.L.C.**

By: s/ J. Brian Brandes
J. Brian Brandes, OBA No. 21112
BRANDES & YANCY
1214 East 33rd Street
Tulsa, OK, 74105
brian@brandesandyancy.com
Telephone: 918-924-5520
Fax: 918-796-5717
*Attorney for Upper Crust Food Service LLC*

## **CERTIFICATE OF SERVICE**

       This is to certify that on the 6th day of October 2020, I transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

Steven M. Ruby
BAKER, IHRIG & CORLEY, P.C.
222 E. 7th Street
Stillwater, OK 74076

Scott K. Thomas
Micah D. Sexton
HOUSTON, OSBORN, SEXTON
& THOMAS, PLLC
123 W. 7th Avenue, Suite 200
P.O. Box 1118
Stillwater, OK 74076

                                                s/ J. Brian Brandes
                                                J. Brian Brandes