# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UPPER CRUST FOOD SERVICE, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-767-G |
| | ) |
| CORY CAZZELLE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On November 17, 2020, a telephonic settlement conference update was conducted. The Parties appeared by counsel, J. Brian Brandes for Plaintiff; Steven M. Ruby for Defendant Cory Cazzelle; and Scott K. Thomas for Defendant The Curty Shack LLC.

The case settled.

ENTERED on November 17, 2020.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE